**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TATUM | Case No.: 2:21-cv-444 -APG-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order to Extend Discovery (First Request)** |
| KEOLIS TRANSIT AMERICAN, INC, a corporation; DOE INDIVIDUALS I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

### I.   DISCOVERY COMPLETED TO DATE

1.   A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.

2.   Both parties have served Rule 26(a)(1) disclosures. Defendants have made initial disclosures, and supplements thereto.

3.   Plaintiff has responded to Defendants' written discovery.

### II.   DISCOVERY TO BE COMPLETED

1.   Depositions of various witnesses including, but not limited to:

    a.   Defendant's FRCP 30(b)(6) designees;

    b.   Defendant's employees;

    c.   Plaintiff,

  d. Plaintiff's treating physicians;

  e. The parties retained experts; and

  f. Other witnesses as needed

2. Additional written discovery;

3. Initial and Rebuttal Expert Disclosures, if any, and

4. Other discovery as needed.

III. **WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER.**

 Good cause exists to grant a discovery extension in this case.  Defendants are in need of more time to obtain medical records now that authorizations have been provided. Obtaining these records then influences the parties' ability to prepare for expert disclosures and depositions. While the parties have been diligent, they do not control how quickly the medical facilities respond to the requests.

 The parties also seek additional time to conduct any other discovery deemed necessary. Therefore, the parties are being proactive by requesting that discovery be extended to the time frame below:

IV. **PROPOSED SCHEDULE FOR COMPLETEING REMAINING DISCOVERY**

| DISCOVERY | CURRENT DEADLINE | ~~PROPOSED~~ DEADLINE |
|---|---|---|
| Initial Expert Disclosure | 06/17/2021 | 09/15/2021 |
| Rebuttal Expert Disclosure | 07/19/2021 | 10/17/2021 |
| Close of Discovery | 09/13/2021 | 12/13/2021 |
| Dispositive Motions | 10/15/21 | 01/13/2022 |
| Pretrial Order | 11/19/21 | 02/17/2022 |

DATED this 25th day of May, 2021.

**ZAMAN & TRIPPIEDI, PLLC**

BY*: /s/ Michael Trippiedi*
        Michael G. Trippiedi
        Nevada Bar No.
        2880 S. Jones Blvd. Suite 3
        Las Vegas, NV 89146
        *Attorneys for Plaintiff*

DATED this 25th day of May, 2021.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY:  */s/Michael Lowry*
        Michael P. Lowry
        Nevada Bar No. 10666
        Jonathan C. Pattillo
        Nevada Bar No.  13929
        6689 Las Vegas Blvd. South, Ste. 200
        Las Vegas, NV  89119
        *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this __26th__ day of __May__, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**