**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Tatum, an individual. | Case No.: 2:21-cv-444-APG-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss Complaint With Prejudice** |
| Keolis Transit Services, LLC, a corporation; DOE DRIVER, an individual, DOE INDIVIDUALS I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

The parties stipulate to dismiss Plaintiff's complaint with prejudice with all parties to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

255116305v.1

DATED this 21ˢᵗ day of July, 2021.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ *Michael P. Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorneys for Keolis Transit Services, LLC

DATED this 21ˢᵗ day of July, 2021

ZAMAN & TRIPPIEDI, PLLC

/s/ *Michael Trippiedi*
MICHAEL TRIPPIEDI, ESQ.
Nevada Bar No. 13973
2880 S. Jones Blvd. Suite 3
Las Vegas, NV 89146
Attorneys for Plaintiff

DATED this  21st  day of July, 2021

IT IS SO ORDERED case 2:21-cv-444 is dismissed with prejudice

_____
UNITED STATES DISTRICT JUDGE

-2-

255116305v.1